**Fill in this information to identify the case:**

Debtor name   **Atlantic Natural Foods, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF LOUISIANA

Case number (if known)   **25-10676**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May  7, 2025**          X */s/ J. Douglas Hines*
                                          Signature of individual signing on behalf of debtor

                                          **J. Douglas Hines**
                                          Printed name

                                          **Manager**
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Atlantic Natural Foods, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF LOUISIANA

Case number (if known)   **25-10676**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                          12/15

Part 1:    **Summary of Assets**

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...................................................................................................... $    0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................................. $    14,247,766.04

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................................... $    14,247,766.04

Part 2:    **Summary of Liabilities**

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $    5,047,219.15

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $    88,876.36

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................. +$    7,341,430.48

4.    Total liabilities ..........................................................................................................
    Lines 2 + 3a + 3b                                                                                          $    12,477,525.99

**Fill in this information to identify the case:**

Debtor name **Atlantic Natural Foods, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF LOUISIANA

Case number (if known) **25-10676**

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | Comerica | Checking | 1233 | $0.00 |
| 3.2. | Comerica | Checking | 1241 | $307.63 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    **$307.63**

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.
   ■ Yes Fill in the information below.

11. **Accounts receivable**

Debtor    **Atlantic Natural Foods, LLC**                          Case number *(If known)*  **25-10676**
<u>Name</u>

| | | | | |
|---|---|---|---|---|
| 11a. 90 days old or less: | **1,108,201.13** | - | **5,973.67** = .... | **$1,102,227.46** |
| | <u>face amount</u> | | <u>doubtful or uncollectible accounts</u> | |

| | | | | |
|---|---|---|---|---|
| 11b. Over 90 days old: | **247,418.91** | - | **44,948.96** = .... | **$202,469.95** |
| | <u>face amount</u> | | <u>doubtful or uncollectible accounts</u> | |

| 12. | **Total of Part 3.** | **$1,304,697.41** |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

## Part 4:    Investments

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

## Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** **Food ingredients** | 03/10/2025 | $346,123.00 | Full Mkt Value | $173,061.00 |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** **Product for resale** | 11/11/2024 | $6,036,745.00 | Full Mkt Value | $6,036,745.00 |
| 22. | **Other inventory or supplies** **Unlabeled product** | 03/10/2025 | $47,539.00 | Full Mkt Value | $47,539.00 |

| 23. | **Total of Part 5.** | **$6,257,345.00** |
|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | |

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☑ Yes. Book value     68,462.00  Valuation method     **Cost**     Current Value     68,462.00

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Debtor | **Atlantic Natural Foods, LLC** | | Case number *(If known)* **25-10676** |
|---|---|---|---|
| | Name | | |

---

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** Computers and software | $206,054.00 | Book value | $206,054.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | $206,054.00 |
|---|---|---|

**44.    Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

**45.    Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

| Debtor | **Atlantic Natural Foods, LLC** | | Case number *(If known)* | **25-10676** |
|---|---|---|---|---|
| | Name | | | |

| **Factory equipment** | | $2,861,290.00 | Book value | $2,861,290.00 |
|---|---|---|---|---|

| 51. | **Total of Part 8.** | | $2,861,290.00 |
|---|---|---|---|
| | Add lines 47 through 50. Copy the total to line 87. | | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Operating Lease - No interest** | | $0.00 | | $0.00 |

| 56. | **Total of Part 9.** | | $0.00 |
|---|---|---|---|
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.<br>Copy the total to line 88. | | |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60. **Patents, copyrights, trademarks, and trade secrets**

61. **Internet domain names and websites**

Debtor   **Atlantic Natural Foods, LLC**                                    Case number *(If known)* **25-10676**
         Name

| | | | | |
|---|---|---|---|---|
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |
| | **Intellectual property (Goodwill)** | $3,618,072.00 | Book value | $3,618,072.00 |

66. **Total of Part 10.**                                                                    $3,618,072.00
    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ☐ No
    ■ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor   **Atlantic Natural Foods, LLC**                                    Case number *(If known)*   **25-10676**
         <sub>Name</sub>

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$307.63** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$1,304,697.41** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$6,257,345.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$206,054.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$2,861,290.00** | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$3,618,072.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$14,247,766.04** | + 91b. **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$14,247,766.04** |

## Schedule A Q. 50 - Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

**Plant Equipment - North Carolina**

2 Pallet Jacks
Welder-portable-Maxstar
Vernag - Fresno Auction
Boilers - 2 @ 400 HP
Chemical Cage
Frame - In-line metal detector
Maintenance Radios
Pump
V-Mag Robot 500 by Reiser
(2) YALE PALLET JACKS
ABM Motor & Gear Drive
TAP & DIE, ETCH TOOLS, BRNG PRESS
FRYER HEATER ELEMENTS
Portable Fan 48"
Portable Fan 24" Pedestal
Retort - steam pipe for retort tank
Retort - Replace Bottom
V-Mag Rob-06 Rebuild
Hoists - 2 @ 2 1/2 ton
Maint Trailer - 48'
Trailer lights, power & Air cord
Water Filtration System
Pick Heater, filter piping
Hoists - 1 @ 2 1/2 ton
SS Table - 16 ga, 72" x 30"
SS Partition (Seamers to Busse)
Hoists - 1 @  1/2 ton
Factory Cat FloorScrubber
Lope Pump, portable
CR-400 Colorimeter
DR-800 Colorimeter
Plasma Welder
SS Cart w/Casters & perforated pan
Bonar Plastics - Grey Totes
Bumble Bee - Canco 400 Seamer w/rigging & freight
Bumble Bee - Canco 400 Seamer w/rigging & freight
ARPAC EQUIPMENT - w/rigging & freight
CONVEYOR FOR MAIN-GLOBAL PLASTIC
WAHL - DIGI STEM METER RTD, DST600, PROBE, DST607A21303B
Piedmont - KITCHEN FIRE SUPPRESSION SYSTEM & PIPING
New Way Labeler
Heat Exchanger & Pump
Heat Exchanger Additional Pump
Scissor Lift
Hand Seamer
Forklift (Wayne)
Forklift (Wayne)
Water Softener
Slicer
Shrink Wrap
Forklift Batteries
X-ray Machine
Barcode Scanner
Barcode Scanner Assessment
Diagraph Machine Printer
Fingerprint Installation
Retorts
Boilers
Heat Tunnel
New Boiler
New Boiler - Installation
Buffalo Grinder
Boiler Housing Project
VideoJet
Ice Machine
Retort Hoist
Retort Hoist
Brine Tank
Fryer Pump
Kettles
SS Double Screw
Busse 3
Hoist Chain
Boiler  - Pump
Konica Printer
Concession Trailer
Barcode scanners (8)
Miscellaneous tools
Office equipment and furniture  (10 plus offcei setups)
Computers (10 -15 laptops)

**Equipment in Philippines Facility**

150 Gallon Steam Kettle
4 Hot Dog Carts
401 Tall can seamer
ABM Mixer
ABM Spare Motor
Any moveable platforms
Any moveable writing platforms
Bowl Chopper
Bowl Chopper Hydraulic Tank
Box of Parts
Burger Kettle pipes
Chester Jensen Steam Kettle
Choplet Cutter
Choplet Cutter Stand
Diced Chik Carts (7)
Dixie Canner Mini Retort
Dixie Lab Seamer & Parts
DJM Parts Table
DJM VF06
Former Parts
Former Press Cylinder
Gear Box Motor for Kettle
Gluten Stripper
Gravy Holding tank 2
Gravy Kettle 2
Gravy Waterfall
Hobart Grinder 4356-G
Hot Dog holding Canisters
Hot Dog Rods
Hot Dog Tubs
Koppen Machine VM600HS335
Koppens-005279
Koppens-KOP1
Lobe Pump Burger Kettle
LPG 209 Reiser Linker
Marel 2800 Peeler
Marel 2800 Vacuum Table
Marel Linker
Marel Vertical Conveyor
Motors and Spare Parts
Peeler
Reiser Hanging Table
Reiser LPG 218 Linker
Reiser/ V-Mag HP
Resier AH 219 Hang Rack
Rotary Filler/Cart
Seamer 401 Short Cans
Seamer 40-PDF 401
Skallop Cutter
Tender Bit Cutter
T-Sizer II
Urschel Dicer
Vernag Buggies (6)
Vemag HP
Vmag Hopper

**Fill in this information to identify the case:**

Debtor name   **Atlantic Natural Foods, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF LOUISIANA

Case number (if known)   **25-10676**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Comerica Bank, Attn: Credit Mgr.**<br>Creditor's Name<br><br>**Livonia Operations Center**<br>**39200 W. Six Mile Road**<br>**Livonia, MI 48152**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**All assets**<br><br><br>**Describe the lien**<br><br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,926,205.27** | **Unknown** |
| **2.2** **Mitsubishi HC Capital America**<br>Creditor's Name<br><br>**PO Box 128**<br>**Itasca, IL 60143-0128**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br>**5520** | **Describe debtor's property that is subject to a lien**<br>**Equipment Lease**<br><br><br>**Describe the lien**<br><br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **Unknown** | **$0.00** |

Debtor **Atlantic Natural Foods, LLC**
Name

Case number (if known) **25-10676**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Raymond Leasing Corporation** | | |
|---|---|---|---|

Creditor's Name

**PO Box 130**
**22 South Canal St**
**Greene, NY 13778-0130**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**2085**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Equipment Lease**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,106.26    $0.00

---

| 2.4 | **Robert Reiser & Co** | | |
|---|---|---|---|

Creditor's Name

**PO Box 735469**
**Dallas, TX 75373-5469**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**2471**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Equipment Lease**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

$119,907.62    $0.00

---

| 2.5 | **Varilease Contract Inc** | | |
|---|---|---|---|

Creditor's Name

**2800 East Colonwood Pkwy**
**2nd Floor**
**Salt Lake City, UT 84121**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Equipment Lease**

**Describe the lien**

Unknown    $0.00

---

Debtor **Atlantic Natural Foods, LLC**
Name

Case number (if known) **25-10676**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**  | $5,047,219.15 |

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Miller Canfield**<br>**Attn:  Steven A. Roach**<br>**150 West Jefferson Ave., Ste. 2500**<br>**Detroit, MI 48226** | Line __2.1__ | |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 3

**Fill in this information to identify the case:**

Debtor name   **Atlantic Natural Foods, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF LOUISIANA

Case number (if known)   **25-10676**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | **$88,876.36** | **$0.00** |

As of the petition filing date, the claim is:
*Check all that apply.*

**Town of Nashville**
**PO Box 987**
**Nashville, NC 27856**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Property taxes**

Last 4 digits of account number **6820**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**8**)

☑ No
☐ Yes

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address | **$3,445.00** |

As of the petition filing date, the claim is: *Check all that apply.*

**1WorldSync, Inc.**
**Dept 781341**
**PO Box 78000**
**Detroit, MI 482781341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **9353**

Is the claim subject to offset?   ☑ No   ☐ Yes

| | | |
|---|---|---|
| **3.2** | Nonpriority creditor's name and mailing address | **$7,784.56** |

As of the petition filing date, the claim is: *Check all that apply.*

**48forty Solutions**
**PO Box 849729**
**Dallas, TX 75284-9729**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **S001**

Is the claim subject to offset?   ☑ No   ☐ Yes

| Debtor | **Atlantic Natural Foods, LLC** | Case number (if known) | **25-10676** |
|---|---|---|---|
| | Name | | |

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,965.00** |
|---|---|---|---|

**A Shipping Inc.**
**430 S. Garfield Ave. #403**
**Alhambra, CA 91801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0333**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,386.84** |
|---|---|---|---|

**A T & T Mobility**
**PO Box 6463**
**Carol Stream, IL 60197-6463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,587.06** |
|---|---|---|---|

**AAA Scale Company**
**PO Box 7056**
**Wilson, NC 27895**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **ATLANTIC NATURAL**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$205,365.97** |
|---|---|---|---|

**Above Food USA Corp.**
**001-2305 Victoria Ave.**
**Regina, Saskatchewan S4P 0S7**
**CANADA**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,760.46** |
|---|---|---|---|

**AEP Industries, Inc**
**Berry Global Inc.**
**Dept 730002**
**PO Box 660919**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **8034**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,440.48** |
|---|---|---|---|

**Aflac Group Insurance**
**PO Box 641629**
**Pittsburgh, PA 15264-1629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **7333**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$198,721.74** |
|---|---|---|---|

**AFT Holdings, Inc.**
**PO Box 10068**
**New Orleans, LA 70181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/01/2025**

Basis for the claim:  **Promissory Note**

Last 4 digits of account number  **4000**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Atlantic Natural Foods, LLC** | Case number (if known) | **25-10676** |
|---|---|---|---|
| | Name | | |

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$420.00**

**Alarm Pro-Tech, Inc.**
**PO Box 8244**
**Rocky Mount, NC 27804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account
number  **ATLANTIC NATURAL FOODS LLC**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,452.14**

**American Holt**
**203 Carnegie Row**
**Norwood, MA 02062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account
number  **ATLANTIC NATURAL FOODS LLC**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,925.00**

**American International Tooling**
**2516 Business Parkway**
**Suite A**
**Minden, NV 89423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account
number  **ATLANTIC NATURAL FOODS LLC**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$552.96**

**American Sales & Marketing**
**Maverick Management Group, Inc**
**dba American Sales & Marketing**
**9560 Montgomery Rd, Suite 250**
**Cincinnati, OH 45242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account
number  **ATLANTIC NATURAL FOODS LLC**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,235.78**

**Americold Logistics LLC**
**25587 Network Place**
**Chicago, IL 60673-1255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2255**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,279.33**

**Amerisafe**
**American Interstate Insurance Company**
**PO Box 732643**
**Dallas, TX 75373-2643**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2024**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,066,424.67**

**ANF Holdco, LLC**
**PO Box 23044**
**New Orleans, LA 70183**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/01/2025**

Last 4 digits of account number  **5000**

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Atlantic Natural Foods, LLC** | Case number (if known) | **25-10676** |
|---|---|---|---|
| | Name | | |

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$30,413.93**

Anthony L. Thompson
115 W 13th St.
Roanoke Rapids, NC 27870

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __LAWSUIT__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,363.40**

Applied Adhesives
Applied Products Inc
PO 776265
Chicago, IL 60677-6265

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7.84**

ARC3 Gases
105 Coeco Circle
Rocky Mount, NC 27801

Date(s) debt was incurred _

Last 4 digits of account number  6465

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,063.20**

Atomic Design
18 Jesmond Street
Surry Hills NSW 2010
AUSTRALIA

Date(s) debt was incurred _

Last 4 digits of account number  6472

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$193.50**

Baker Donelson
165 Madison Ave
Suite 2000
Memphis, TN 38103

Date(s) debt was incurred _

Last 4 digits of account number  3143

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,000.00**

Batory Foods, Inc.
PO Box 735916
Dallas, TX 75373

Date(s) debt was incurred _

Last 4 digits of account number  3581

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,628.80**

Batts, Batts & Bell, LLP
103 Candlewood Road
Post Office Drawer 8228
Rocky Mount, NC 27804

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Atlantic Natural Foods, LLC** | Case number (if known) | **25-10676** |
|---|---|---|---|
| | Name | | |

---

**3.24**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$675.11** |
|---|---|---|
| **Benvenue Country Club**<br>**PO Box 7606**<br>**Rocky Mount, NC 27804** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number  **M35** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.25**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,305.75** |
|---|---|---|
| **Berkley Net Underwriters**<br>**PO Box 639829**<br>**Cincinnati, OH 45263-9829** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number  **7828** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.26**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Bloodworth, Brooke**<br>**504 S. 5th st**<br>**Pinetops, NC 27864** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Employee** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.27**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,567.15** |
|---|---|---|
| **Blue Mountain Enterprises Inc**<br>**4000 Commerce Drive**<br>**Kinston, NC 28504** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number  **5167** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.28**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,256.80** |
|---|---|---|
| **Brame**<br>**PO Box 600165**<br>**Raleigh, NC 27675** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number  **8110** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.29**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,302.64** |
|---|---|---|
| **Brenntag Mid-South, Inc.**<br>**PO Box 7410714**<br>**Chicago, IL 60674-0714** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number  **2996** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.30**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|
| **Brightspeed**<br>**PO Box 6102**<br>**Carol Stream, IL 60197-6102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Atlantic Natural Foods, LLC** | Case number (if known) | **25-10676** |
|---|---|---|---|
| | Name | | |

---

**3.31** | Nonpriority creditor's name and mailing address
**Butter Buds Inc.**
24016 Network Place
Chicago, IL 60673-1240

Date(s) debt was incurred _

Last 4 digits of account number  **ATLAN**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$6,115.75**

---

**3.32** | Nonpriority creditor's name and mailing address
**Carolina Container**
PO Box 734240
Dallas, TX 75373

Date(s) debt was incurred _

Last 4 digits of account number  **9764**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$10,314.00**

---

**3.33** | Nonpriority creditor's name and mailing address
**Celtic Marketing**
1350 Main Street
Johnsbury, VT 05819

Date(s) debt was incurred _

Last 4 digits of account number  **ATLANTIC NATURAL FOODS LLC**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$362.96**

---

**3.34** | Nonpriority creditor's name and mailing address
**CenturyLink Communications, Inc.**
**Brightspeed**
PO Box 6102
Carol Stream, IL 60197

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$72.08**

---

**3.35** | Nonpriority creditor's name and mailing address
**CHEP USA**
PO Box 281033
Atlanta, GA 30384-1033

Date(s) debt was incurred _

Last 4 digits of account number  **3180**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$923.75**

---

**3.36** | Nonpriority creditor's name and mailing address
**Chromalox, Inc.**
PO Box 536435
Atlanta, GA 30253

Date(s) debt was incurred _

Last 4 digits of account number  **9177**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **LAWSUIT**

Is the claim subject to offset? ☐ No  ☐ Yes

**$8,606.76**

---

**3.37** | Nonpriority creditor's name and mailing address
**Cinch Solutions Consulting Inc.**
74 Cork Ave
North York ON M6B 2Y2
CANADA

Date(s) debt was incurred _

Last 4 digits of account number  **ATLANTIC NATURAL FOODS LLC**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,311.02**

---

| Debtor | **Atlantic Natural Foods, LLC** | Case number (if known) | **25-10676** |
|---|---|---|---|
| | Name | | |

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**City of Rocky Mount**
**PO Box 1180**
**Rocky Mount, NC 27802-1180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.00 |
|---|---|---|---|

**CobraHelp**
**1551 Emancipation Hwy**
**Unit 1050**
**Fredericksburg, VA 22401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0796**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160.00 |
|---|---|---|---|

**Colville Adventist Church**
**138 E. Cedar Loop**
**Colville, WA 99114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,595.00 |
|---|---|---|---|

**DACO**
**8825 South 184th Street**
**Kent, WA 98031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0536**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $998.50 |
|---|---|---|---|

**Definiti**
**PO 95357**
**Grapevine, TX 76099-9733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,068.27 |
|---|---|---|---|

**Diagraph Marking & Coding/Foxj**
**75 Remittance Dr**
**Suite 1234**
**Chicago, IL 60675-1234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **3851**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,947.57 |
|---|---|---|---|

**Dot Foods Inc - Mar**
**PO Box 854541**
**Minneapolis, MN 55485-4541**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0001**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Atlantic Natural Foods, LLC** | Case number (if known) | **25-10676** |
|---|---|---|---|
| | Name | | |

---

**3.45**

**Nonpriority creditor's name and mailing address**

**DSM Food Specialties**
**c/o Bank of America**
**4135 Collection Center Drive**
**Chicago, IL 60693**

Date(s) debt was incurred __

Last 4 digits of account number **3636**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$4,216.00**

---

**3.46**

**Nonpriority creditor's name and mailing address**

**Duke Energy Progress**
**PO Box 1003**
**Charlotte, NC 28201**

Date(s) debt was incurred __

Last 4 digits of account number **1429**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$22,391.73**

---

**3.47**

**Nonpriority creditor's name and mailing address**

**ECO GREEN AIR**
**3834 Generosity Court, 108**
**Raleigh, NC 27529**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$4,179.73**

---

**3.48**

**Nonpriority creditor's name and mailing address**

**Electric Supply & Equipment**
**PO Box 20308**
**Greensboro, NC 27420**

Date(s) debt was incurred __

Last 4 digits of account number **8219**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$21,196.20**

---

**3.49**

**Nonpriority creditor's name and mailing address**

**EUnited Network**
**Eric van Rijsewijk**
**3417 XT Montfoort**
**NETHERLANDS**

Date(s) debt was incurred __

Last 4 digits of account number **3024**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,183.74**

---

**3.50**

**Nonpriority creditor's name and mailing address**

**FCCI Insurance Group**
**PO Box 405563**
**Atlanta, GA 30384**

Date(s) debt was incurred __

Last 4 digits of account number **1401**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$4,114.64**

---

**3.51**

**Nonpriority creditor's name and mailing address**

**Fedex Freight**
**PO Box 223125**
**Pittsburgh, PA 15251-2125**

Date(s) debt was incurred __

Last 4 digits of account number **8628**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$145.02**

---

| Debtor | **Atlantic Natural Foods, LLC** | Case number (if known) | **25-10676** |
|---|---|---|---|
| | Name | | |

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$436.96**

**Gayle Gauthreaux**
**13833 Keever Ave**
**Baton Rouge, LA 70817**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Gayle Gauthreaux**
**13833 Keever Ave**
**Baton Rouge, LA 70817**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Employee_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$142,971.96**

**General Tuna Corporation**
**Millennium Industrial Economic Zone**
**Purok Lansong**
**Tambler General Santos City**
**PHILIPPINES**

Date(s) debt was incurred _

Last 4 digits of account number  **ATLANTIC NATURAL FOODS LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**GFL Environmental**
**PO Box 791519**
**Baltimore, MD 21279-1519**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,475.00**

**Givaudan Corp.**
**Givaudan Flavors Corporation**
**Dept. 2578**
**Carol Stream, IL 60132**

Date(s) debt was incurred _

Last 4 digits of account number  **9461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$41,997.04**

**Global Resources Direct**
**626 W Talcott Rd**
**Park Ridge, IL 60068**

Date(s) debt was incurred _

Last 4 digits of account number  **ATLANTIC NATURAL FOODS LLC**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _LAWSUIT_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,762.72**

**Grainger**
**Dept. 870768405**
**Palatine, IL 60038**

Date(s) debt was incurred _

Last 4 digits of account number  **8405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Schedule E/F: Creditors Who Have Unsecured Claims |

| Debtor | **Atlantic Natural Foods, LLC** | Case number (*if known*) | **25-10676** |
|---|---|---|---|
| | Name | | |

---

**3.59** | Nonpriority creditor's name and mailing address | | $3,282.50

**Gregory Poole Equipment Co.**
**Processing Center**
**PO Box 60457**
**Charlotte, NC 28260**

Date(s) debt was incurred __

Last 4 digits of account number **8814**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | | **Unknown**

**Harris, Michael**
**7905 Lancaster Store Rd**
**Castalia, NC 27816**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | | $27,560.00

**Hidden Villa Ranch**
**Nest Fresh**
**PO Box 34001**
**Fullerton, CA 92834**

Date(s) debt was incurred __

Last 4 digits of account number **1396**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | | **Unknown**

**Hines, Jonathan**
**419 Browning Loop**
**Mandeville, LA 70448**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | | $6,276.35

**Holland Industrial**
**PO Box 987**
**Henderson, NC 27536**

Date(s) debt was incurred __

Last 4 digits of account number **9330**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | | $23,803.13

**Information & Computing Services, Inc.**
**c/o Richard S. Vermut**
**Driver, McAffee**
**One Independent Dr., Ste. 1200**
**Jacksonville, FL 32202**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **LAWSUIT**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | | $29,464.64

**International Food Products Corporation**
**MSC 7592**
**PO Box 415000**
**Nashville, TN 37241-7592**

Date(s) debt was incurred __

Last 4 digits of account number **4431**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Atlantic Natural Foods, LLC** | Case number (*if known*) | **25-10676** |
|---|---|---|---|
| | Name | | |

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,043.77 |

**J & M Executive Leasing, LLC**
**PO Box 790448**
**St. Louis, MO 63179-0448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5886**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $216,242.27 |

**J. Douglas Hines**
**7938 Harris Avenue**
**New Orleans, LA 70123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,726.37 |

**J.C. Ehrlich**
**Bug Out**
**PO Box 740608**
**Cincinnati, OH 45274-0608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **Atlantic National Foods**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,290.00 |

**JD Events, LLC**
**40 Carman Rd**
**Scarsdale, NY 10583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **ATLANTIC NATURAL FOODS LLC**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,652.10 |

**John S. James Co.**
**PO Box 2166**
**Savannah, GA 31402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **ATLANTIC NATURAL FOODS LLC**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Johnson, Erik**
**22 Spartan Ln**
**Rabun Gap, GA 30568**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,966.85 |

**Kerry**
**PO Box 409141**
**Atlanta, GA 30384-9141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6346**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Atlantic Natural Foods, LLC** | Case number (if known) | **25-10676** |
|---|---|---|---|
| | Name | | |

---

**3.73** **Nonpriority creditor's name and mailing address**
**Koola Logistics**
**PO Box 3189**
**Carmel, IN 46032**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$3,353.82**

---

**3.74** **Nonpriority creditor's name and mailing address**
**Krause, Kelly A**
**35334 North 36th PL**
**Cave Creek, AZ 85331**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Employee reimbursement__

Is the claim subject to offset? ■ No ☐ Yes

**$56,560.25**

---

**3.75** **Nonpriority creditor's name and mailing address**
**Ledoux, James**
**10101 Suzanne Drive**
**River Ridge, LA 70123**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Employee__

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.76** **Nonpriority creditor's name and mailing address**
**Lewis Systems and Service Company, Inc.**
**3702 Boren Drive**
**Greensboro, NC 27407**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __LAWSUIT__

Is the claim subject to offset? ■ No ☐ Yes

**$14,521.00**

---

**3.77** **Nonpriority creditor's name and mailing address**
**Lloyd & Co.**
**Chartered House**
**15 Hoghton Street, Southport**
**Merseyside PR9 0NS**
**UNITED KINGDOM**

Date(s) debt was incurred __

Last 4 digits of account number __3772__

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,211.93**

---

**3.78** **Nonpriority creditor's name and mailing address**
**Logistics Xpress LLC**
**4262 Blue Diamond Rd**
**Las Vegas, NV 89139**

Date(s) debt was incurred __

Last 4 digits of account number __ATLANTIC NATURAL FOODS LLC__

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$28,968.43**

---

**3.79** **Nonpriority creditor's name and mailing address**
**Luke Evans**
**30 Lawterdale Circle Number One**
**Asheville, NC 28804**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$257.20**

---

| Debtor | **Atlantic Natural Foods, LLC** | Case number (if known) | **25-10676** |
|---|---|---|---|
| | Name | | |

---

**3.80** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Matthews, Cindy**
**508 Chimney Hill Way**
**Rocky Mount, NC 27804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Employee**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.81** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,083.00**

**Maverik Oils LLC**
**PO Box 10335**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account
number  **ATLANTIC NATURAL FOODS LLC**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.82** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,580.03**

**McMaster Carr**
**PO Box 7690**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **2400**

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,571.08**

**Mec-Tric Control Company**
**PO Box 221918**
**Charlotte, NC 28222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **9033**

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,982.50**

**Michael Miccio, CPA, APAC**
**6660 Riverside Drive**
**Suite 206**
**Metairie, LA 70003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account
number  **ATLANTIC NATURAL FOODS LLC**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$258,505.45**

**Mid Atlantic Warehouse**
**PO Box 7233**
**Rocky Mount, NC 27804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **ATLANTIC
NATURAL FOODS LLC - I**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Morris, Stephen**
**756 Brassie Club Dr**
**Rocky Mt, NC 27804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Employee**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Atlantic Natural Foods, LLC** | Case number (if known) | **25-10676** |
|---|---|---|---|
| | Name | | |

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,099.20** |
|---|---|---|---|

**Morrisette Paper Company**
**PO Box 890982**
**Charlotte, NC 28289**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account
number **ATLANTIC NATURAL FOODS LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,283.48** |
|---|---|---|---|

**Motion Industries**
**Box 504606**
**St. Louis, MO 63150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0701**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,325.93** |
|---|---|---|---|

**Nabil Salib**
**48 Coolidge Ave**
**Hampden, ME 04444**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$345,338.83** |
|---|---|---|---|

**Nestle  Deutschland AG**
**Kerstin Schoenrock/Nicole Lonnen**
**Lyoner StraBe 23**
**Frankfurt 60523**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **8273**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,532.00** |
|---|---|---|---|

**New Way Packaging**
**210 Blettner Ave.**
**Hanover, PA 17331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **ATLANTIC
NATURAL FOODS  Nashvi**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,279.97** |
|---|---|---|---|

**NWF Consulting**
**Chartered House**
**15 Hoghton Street**
**Southport Merseyside Oxon. PR9 0NS**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account
number **ATLANTIC NATURAL FOODS LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$54,729.48** |
|---|---|---|---|

**Old Dominion Freight Line, Inc**
**PO Box 198475**
**Atlanta, GA 30384**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **LAWSUIT**

Last 4 digits of account number **6362**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Atlantic Natural Foods, LLC** | Case number (if known) | **25-10676** |
|---|---|---|---|
| | Name | | |

---

**3.94**

**Nonpriority creditor's name and mailing address**
**Optimum**
**PO Box 70340**
**Philadelphia, PA 19176-0340**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.95**

**Nonpriority creditor's name and mailing address**
**Oracle NetSuite**
**Wells Fargo Equipment Finance, Inc**
**PO Box 858178**
**Minneapolis, MN 55485-8178**

Date(s) debt was incurred _

Last 4 digits of account number  **3434**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$39,147.95**

---

**3.96**

**Nonpriority creditor's name and mailing address**
**Palmer Wahl Instruments**
**234 Weaverville Road**
**Asheville, NC 28804**

Date(s) debt was incurred _

Last 4 digits of account number  **0406**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,517.36**

---

**3.97**

**Nonpriority creditor's name and mailing address**
**Pataya Food Industries LTD**
**1011 Supalai Grand Tower 27th Floor**
**Rama 3 Road, Chongnonsi, Yannawa**
**Bangkok 10120**
**THAILAND**

Date(s) debt was incurred _

Last 4 digits of account number  **0381**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,280,389.10**

---

**3.98**

**Nonpriority creditor's name and mailing address**
**Peco InspX**
**1835 Rollins Rd**
**Burlingame, CA 94010**

Date(s) debt was incurred _

Last 4 digits of account number  **LA08**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$14,799.61**

---

**3.99**

**Nonpriority creditor's name and mailing address**
**Phelps Dunbar LLP**
**PO Box 974798**
**Dallas, TX 75397**

Date(s) debt was incurred _

Last 4 digits of account number  **0001**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$7,222.60**

---

**3.100**

**Nonpriority creditor's name and mailing address**
**Prime Electrical Solutions Inc.**
**5329 Carter Road**
**Elm City, NC 27822**

Date(s) debt was incurred _

Last 4 digits of account
number  **ATLANTIC NATURAL FOODS LLC**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,000.00**

---

| Debtor | **Atlantic Natural Foods, LLC** | Case number (if known) | **25-10676** |
|---|---|---|---|
| | Name | | |

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,762.37**

**Procorr Display & Packaging**
**Tri State Container Corp**
**PO Box 826007**
**Philadelphia, PA 19182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **3679**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,010.08**

**R & R Express Logistics Inc**
**PO Box 72124**
**Cleveland, OH 44192**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **9291**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.103** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,700.84**

**Radwell International**
**PO Box 419343**
**Boston, MA 22419**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **6256**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.104** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,887.98**

**Raley Industrial Sales**
**PO Box 8347**
**Richmond, VA 23226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **ATLANTIC NATURAL FOODS LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.105** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,700.00**

**RBW Logistics, LLC**
**PO Box 10027**
**Augusta, GA 30903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0018**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.106** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,200.00**

**Rembrandt Foods**
**Rembrandt Enterprises Inc.**
**Dept CH 16962**
**Palatine, IL 60055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **A006**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.107** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,950.00**

**Retirement Plan Solutions, Inc**
**PO Box 749653**
**Atlanta, GA 30374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **AFT Holdings, Inc.**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Atlantic Natural Foods, LLC**                    Case number (if known)   **25-10676**
_____
Name

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Richardson, Willie D**
**4302 River Lake Rd**
**Elm City, NC 27822**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Employee**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,858.70** |

**Rocky Mount Electric Motor**
**PO Box 1063**
**Rocky Mount, NC 27802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account
number  **ATLANTIC NATURAL FOODS**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,930.90** |

**Rocky Mount Public Utilities**
**PO Box 1180**
**Rocky Mount, NC 27802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3065**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Rodriguez Vargas, Pablo**
**2718 Shire Lane**
**Rocky Mount, NC 27804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Employee**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$80,826.00** |

**Royal Ingredients Group USA, Inc.**
**311 W. Superior St., Ste. 209**
**Chicago, IL 60654**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,205.37** |

**SAIA Motor Freight Line, LLC**
**PO Box 730532**
**Dallas, TX 75373-0532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8040**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,901.05** |

**Sensient Colors, Inc.**
**62453 Collections Center Dr**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6294**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Atlantic Natural Foods, LLC** | Case number (if known) | **25-10676** |
|---|---|---|---|
| | Name | | |

---

**3.115** Nonpriority creditor's name and mailing address

**Sensient Flavors**
**PO Box 7410461**
**Chicago, IL 60674-0461**

Date(s) debt was incurred _

Last 4 digits of account number  **3464**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$16,989.81**

---

**3.116** Nonpriority creditor's name and mailing address

**Sigma Equipment Inc**
**3001 Maxx Road**
**Evansville, IN 47711**

Date(s) debt was incurred _

Last 4 digits of account number  **AFT**
**Holdings/Atlanta Natural F**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$6,604.40**

---

**3.117** Nonpriority creditor's name and mailing address

**Signs Memorial SDA Church**
**PO Box 2819**
**Yountville, CA 94599**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.118** Nonpriority creditor's name and mailing address

**Skidmore Sales & Dist. Co., In**
**3767 Solutions Center**
**Chicago, IL 60677**

Date(s) debt was incurred _

Last 4 digits of account number  **0201**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,821.15**

---

**3.119** Nonpriority creditor's name and mailing address

**Smith, Desiree**
**7938 Harris Avenue**
**New Orleans, LA 70123**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Reimbursement**

Is the claim subject to offset? ■ No  ☐ Yes

**$10,651.10**

---

**3.120** Nonpriority creditor's name and mailing address

**Smyth Companies, LLC**
**NW 9556**
**PO Box 1450**
**Minneapolis, MN 55485**

Date(s) debt was incurred _

Last 4 digits of account
number  **ATLANTIC NATURAL FOODS LLC**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$15,060.29**

---

**3.121** Nonpriority creditor's name and mailing address

**Southeastern Laboratories**
**PO BOX 10189**
**Goldsboro, NC 27532**

Date(s) debt was incurred _

Last 4 digits of account number  **2245**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,620.00**

---

| Debtor | **Atlantic Natural Foods, LLC** | Case number (if known) | **25-10676** |
|---|---|---|---|
| | Name | | |

**3.122** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,500.00**

**Standard Insurance & Realty**
**PO Box 8105**
**Rocky Mount, NC 27804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **LAN9**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.123** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$461.65**

**Staples Business Advantage**
**PO Box 105638**
**Atlanta, GA 30348-5638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2966**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$45,649.04**

**States Logistics Services, Inc**
**5650 Dolly Ave**
**Buena Park, CA 90621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1098**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.125** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,046.82**

**Stauffer Glove & Safety**
**PO Box 45**
**Red Hill, PA 18076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0675**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,637.00**

**Steel and Stainless LLC**
**6031 Nicole Road**
**Spring Hope, NC 27882**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account
number **ATLANTIC NATURAL FOODS LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$168.75**

**Stoneham Memorial Church**
**29 Maple Street**
**Stoneham, MA 02180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,188.34**

**Sunbelt Rentals**
**709 Finger Lakes Drive**
**Wake Forest, NC 27857**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Atlantic Natural Foods, LLC** | Case number (if known) | **25-10676** |
|---|---|---|---|
| | Name | | |

---

**3.129** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55,309.19**

**Sunteck Transportation Co LLC**
**PO Box 536665**
**Pittsburgh, PA 15253-5908**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account
number **ATLANTIC NATURAL FOODS LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.130** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,815.75**

**Telepathic Graphics, Inc.**
**PO Box 91709**
**Raleigh, NC 27675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account
number **ATLANTIC NATURAL FOODS LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.131** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,472.00**

**Temperature Control Solutions Inc**
**PO Box 3565**
**Wilson, NC 27895**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **AT11**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.132** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$181,987.45**

**TES Logistics, Inc**
**PO Box 873**
**Wilson, NC 27894**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account
number **ATLANTIC NATURAL FOODS**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.133** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,025.00**

**The Media Bird**
**32 Rue Du Ceinturon**
**Aiguade Ceinturon 83400**
**FRANCE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account
number **ATLANTIC NATURAL FOODS**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.134** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,956.00**

**Thompson Nursery Inc.**
**810 Carter St**
**Rocky Mount, NC 27804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account
number **ATLANTIC NATURAL FOODS**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.135** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,683.96**

**Thompson Welding and Mechanical Service**
**115 W 13th St.**
**Roanoke Rapids, NC 27870**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account
number **ATLANTIC NATURAL FOODS LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Atlantic Natural Foods, LLC** | | Case number (*if known*) | **25-10676** |
|---|---|---|---|---|
| | Name | | | |

---

**3.136** | **Nonpriority creditor's name and mailing address**
**Tipper Tie**
PO Box 775154
Chicago, IL 60677

Date(s) debt was incurred _
Last 4 digits of account number **0926**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$14,269.71**

---

**3.137** | **Nonpriority creditor's name and mailing address**
**Town of Nashville**
PO Box 987
Nashville, NC 27856

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Sewer**

Is the claim subject to offset? ■ No ☐ Yes

**$111,000.00**

---

**3.138** | **Nonpriority creditor's name and mailing address**
**Triangle East Storage, Inc**
PO Box 942
Wilson, NC 27894

Date(s) debt was incurred _
Last 4 digits of account number **ATLANTIC NATURAL FOODS**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,106.74**

---

**3.139** | **Nonpriority creditor's name and mailing address**
**Triangle Process Equipment**
3915 Shopton Rd.
Suite 101
Charlotte, NC 28217

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$7,019.39**

---

**3.140** | **Nonpriority creditor's name and mailing address**
**Trivium Pkg.**
Ardagh Metal N.A.
PO Box 715283
Cincinnati, OH 45271

Date(s) debt was incurred _
Last 4 digits of account number **6204**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$68,447.59**

---

**3.141** | **Nonpriority creditor's name and mailing address**
**Uline**
Attn: Accts Receivable
PO Box 88741
Chicago, IL 60680

Date(s) debt was incurred _
Last 4 digits of account number **8828**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,694.93**

---

**3.142** | **Nonpriority creditor's name and mailing address**
**United Healthcare**
PO Box 94017
Palatine, IL 60094-4017

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$57,430.49**

---

| Debtor | **Atlantic Natural Foods, LLC** | Case number (if known) | **25-10676** |
|---|---|---|---|
| | Name | | |

---

**3.143** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,603.93**

**USAble Life**
**PO Box 204678**
**Dallas, TX 75320-4678**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **0003**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.144** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**USIP Communications**
**3201 Northside Dr**
**Suite 109**
**Raleigh, NC 27615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.145** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,591.13**

**Viscofan USA Inc**
**50 County Ct**
**Montgomery, AL 36105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **0644**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.146** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,000.63**

**Waste Industries**
**GFL Environmental**
**PO Box 791519**
**Baltimore, MD 21279**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **3340**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,160.00**

**Wheeler Industries, Inc.**
**PO Box 1521**
**Goldsboro, NC 27533**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account
number  **ATLANTIC NATURAL FOODS LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.148** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,237.82**

**Wilson Iron Works, Inc.**
**PO Box 1649**
**Wilson, NC 27894**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number   **ATLNAT**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.149** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,646.98**

**WingSwept, LLC**
**800 Benson Rd**
**Garner, NC 27529**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account
number  **ATLANTIC NATURAL FOODS**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Atlantic Natural Foods, LLC** | Case number (if known) | **25-10676** |
|---|---|---|---|
| | Name | | |

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,064.55** |
|---|---|---|---|

**Yale Financial Services**
**HYG Financial Services**
**PO 77102**
**Minneapolis, MN 55480-7102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **3434**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,755.91** |
|---|---|---|---|

**Zee Company, Inc.**
**412 Georgia Ave**
**Suite 300**
**Chattanooga, TN 37403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **ANF-NAN-SAN**

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:  List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Duke Energy Progress**<br>**PO Box 1094**<br>**Charlotte, NC 28201-1094** | Line  **3.46**<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 88,876.36 |
| 5b. Total claims from Part 2 | 5b. + | $ | 7,341,430.48 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 7,430,306.84 |

**Fill in this information to identify the case:**

Debtor name **Atlantic Natural Foods, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF LOUISIANA

Case number (if known) **25-10676**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | **12/31/2021 - 110 Industry Court, Nasville, Nash County, North Carolina** <br> **12/31/2032** <br><br> **MidAtlantic Warehouse & Storage LLC** <br> **P.O. Box 7233** <br> **Rocky Mount, NC 27856** |

**Fill in this information to identify the case:**

Debtor name      **Atlantic Natural Foods, LLC**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF LOUISIANA

Case number (if known)     **25-10676**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1   **J. Douglas Hines** | **PO Box 23778**<br>**New Orleans, LA 70183** | **Comerica Bank, Attn:**<br>**Credit Mgr.** | ■ D   **2.1**<br>☐ E/F _____<br>☐ G _____ |